# EXHIBIT B

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
**Superior Court of California**
**County of Sonoma**
**2/13/2026 8:11 AM**
**By: Tyler Guyot, Deputy Clerk**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DRAGONFLY ENERGY HOLDINGS CORP. D/B/A BATTLE BORN, a Nevada Corporation,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JOHN BERDNER and JEFF DOMICH, individually and on behalf of all others similarly situated,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Sonoma County Superior Court

3055 Cleveland Ave, Santa Rosa CA 95403

CASE NUMBER:
*(Número del Caso):* 26CV01247

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alexander E. Wolf, Milberg, PLLC, 280 S. Beverly Drive-Penthouse, Beverly Hills, CA 90212

DATE: 2/13/2026 8:11 AM     Robert Oliver     Clerk, by _____ Tyler Guyot, Deputy
*(Fecha)*                   *(Secretario)*                           *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>MILBERG, PLLC<br>Alexander Wolf SBN 299775<br>280 S. Beverly Drive Penthouse<br>Beverly Hills, CA 90212<br>TELEPHONE NO: (866) 252-0878  FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: awolf@milberg.com<br>ATTORNEY FOR *(Name)*: Plaintiff | *FOR COURT USE ONLY*<br><br>**ELECTRONICALLY FILED**<br>**Superior Court of California**<br>**County of Sonoma**<br>**4/1/2026 10:32 AM**<br>**By: Natalia Girolo, Deputy Clerk** |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sonoma<br>STREET ADDRESS:  600 Administration Dr.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  Santa Rosa, 95403-2818<br>BRANCH NAME:  Sonoma Civil | |
|---|---|

| PLAINTIFF / PETITIONER:  John Berdner, et al.<br>DEFENDANT / RESPONDENT:  Dragonfly Energy Holdings Corp | CASE NUMBER:<br>26CV01247 |
|---|---|

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>15549227 (27835586) |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. **[X]** Summons
   b. **[X]** Complaint
   c. **[ ]** Alternative Dispute Resolution (ADR) Package
   d. **[X]** Civil Case Cover Sheet *(served in complex cases only)*
   e. **[ ]** Cross-Complaint
   f. **[X]** Other *(specify documents)*:  Affidavit of Non Service, Notice of Assignment to One Judge for All Purposes, Notice of Case Management Conference, and Order to Show Cause, CLRA Venue Declaration

3. a. Party served *(specify name of party as shown on documents served)*:
      DRAGONFLY ENERGY HOLDINGS CORP. D/B/A BATTLE BORN, a Nevada Corporation
   b. **[X]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Person Authorized to Accept Service of Process

4. Address where the party was served:
   12915 Old Virginia Rd, Reno, NV 89521

5. I served the party *(check proper box)*
   a. **[ ]** **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. **[X]** **by substituted service.** On *(date)*:  Tue, Mar 31 2026          at *(time)*: 10:13 AM          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Dominic Sinnott , In house council
      (1) **[X]** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) **[ ]** **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) **[ ]** **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) **[X]** I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
           from *(city)*:                                        or **[X]** a declaration of mailing is attached.
      (5) **[ ]** I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF / PETITIONER: John Berdner, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Dragonfly Energy Holdings Corp | 26CV01247 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*:                                    (2)  from *(city)*:

(3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

a.  ☐  as an individual defendant.

b.  ☐  as the person sued under the fictitious name of *(specify)*:

c.  ☐  as occupant.

d.  ☒  On behalf of *(specify)*:    DRAGONFLY ENERGY HOLDINGS CORP. D/B/A BATTLE BORN, a Nevada Corporation

under the following Code of Civil Procedure section:

☒  416.10 (corporation)                        ☐  415.95 (business organization, form unknown)

☐  416.20 (defunct corporation)                ☐  416.60 (minor)

☐  416.30 (joint stock company/association)    ☐  416.70 (ward or conservatee)

☐  416.40 (association or partnership)         ☐  416.90 (authorized person)

☐  416.50 (public entity)                      ☐  415.46 (occupant)

☐  other:

7.  **Person who served papers**

a.  Name:            Samantha Huston

b.  Address:         5341 Old Redwood Highway, Suite 310, Petaluma, CA  94954

c.  Telephone number:   800-938-8815

d.  **The fee** for service was:   $265

e.  I am:

(1) ☒  not a registered California process server.

(2) ☐  exempt from registration under Business and Professions Code section 22350(b).

(3) ☐  a registered California process server:

(i)  ☐ owner   ☐ employee   ☐ independent contractor

(ii)  Registration No:

(iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   April 1, 2026

Samantha Huston
_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000634
5341 Old Redwood Highway, Suite 310
Petaluma, CA  94954
800-938-8815

_____
(SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: John Berdner, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Dragonfly Energy Holdings Corp | 26CV01247 |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 5341 Old Redwood Highway, Suite 310, Petaluma, CA  94954.

On 4/1/2026, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Affidavit of Non Service, Civil Case Cover Sheet, Notice of Assignment to One Judge for All Purposes, Notice of Case Management Conference, and Order to Show Cause, Summons, CLRA Venue Declaration

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

DRAGONFLY ENERGY HOLDINGS CORP. D/B/A BATTLE BORN, a Nevada Corporation
Person Authorized to Accept Service of Process
12915 Old Virginia Rd
Reno, NV 89521.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   4/1/2026

Kendall Holmes

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☒ Other *(Specify):* InfoTrack US, Inc.