# EXHIBIT C

Patrick J. Neville, SBN 334179
Juliette P. White, UT Bar # 9616*
Kaitlynn B. Morgan, UT Bar #18478*
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah  84145-0898
Telephone:  (801) 532-1234
PNeville@parsonsbehle.com
JWhite@parsonsbehle.com
KMorgan@parsonsbehle.com

Sarah Ferguson, NSBN 14515*
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV  89501
Telephone:  (775) 323-1601
sferguson@parsonsbehle.com

(*Pro Hac Applications Forthcoming)

Attorneys for Defendant DRAGONFLY ENERGY HOLDINGS CORP.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SONOMA**

| | |
|---|---|
| JOHN BERDNER and JEFF DOMICH, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAGONFLY ENERGY HOLDINGS CORP. D/B/A/ BATTLE BORN, a Nevada Corporation,<br><br>Defendant. | Case No. 26CV01247<br><br>**DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>**[28 U.S.C. §§ 1332, 1446 AND 1453]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332(d), 1446 and 1453, Defendant Dragonfly Energy Holdings Corp., d/b/a/ Battle Born ("**Defendant**" or "**Dragonfly**") has filed a Notice of Removal in the above-entitled action with the Clerk of the Court of the United States District Court for the Northern District of California.

Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further

DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

in this action, unless and until this action is remanded by the United States District Court.

This action was removed to the United States District Court for the Northern District of California on April 30, 2026, under 28 U.S.C. §§ 1332(d), 1446 and 1453, and is currently pending as Case No. [____]. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is attached hereto as **Exhibit A.**

DATED this 30 day of April, 2026.

PARSONS BEHLE & LATIMER

By: /s/ *Patrick J. Neville*
Patrick J. Neville, CA Bar #334179
Juliette P. White, UT Bar # 9616*
Kaitlynn B. Morgan, UT Bar #18478*
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah  84145-0898
Telephone:  (801) 532-1234
PNeville@parsonsbehle.com
JWhite@parsonsbehle.com
KMorgan@parsonsbehle.com

Sarah Ferguson, NSBN 14515*
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV  89501
Telephone:  (775) 323-1601
sferguson@parsonsbehle.com

(*Pro Hac Applications Forthcoming*)

*Attorneys for Defendant*

2
DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL